JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORPORATION OF NEW YORK SECURITIES LITIGATION__

| Date | No. Code | |
|---|---|---|
| 12/2/76 | 1. | MOTION w/SUPPORTING BRIEF -- Pltf. James Bloor, as Trustee of Investors Funding Corporation of New York, et al. -- w/Schedule of Actions (A-1 thru A-8). Amended complaint in A-1 w/cover sheets in each of the other involved actions noting amended complaint same as A-1. Certificate of service on all counsel and clerks of court. REQUESTED TRANSFEREE FORUM: Southern District of New York |
| 12/14/76 | | APPEARANCES |
| | | SEYMOUR FISCHMAN, PRO, SE for Seymour Fischman |
| | | DAVID J. BERSHAD, ESQ. for Robert Morse and Claire S. Morse |
| | | STEPHEN LEE CRYSTAL, ESQUIRE for Morris Katz, et al. |
| | | JESSE CLIMENKO, ESQ. for Hyman R. Shapiro |
| | | NEIL S. KRAMER, ESQ. FOR Lester Koch and Aaron Gootesman as general partners of Springfield Boulevard Co., Joel Buchman, West Hudson Co. and Harold Wol |
| | | HENRY LEWIS GOODMAN, ESQUIRE for Chemical Bank and Citibank, N.A. |
| | | JOEL DAVID SHARROW, ESQUIRE for C. I. Mortgage Group and C.I. Planning Corp. |
| | | MARVIN B. SEGAL, ESQUIRE for David W. Katz & Co., Philip Plumber, Aaron Gottesman, DWK Assoc. #20 Israel Katz, Plumer Assoc. Venture and Plumer Hampshire Towers Venture |
| | | MICHAEL I. SMITH, ESQUIRE for Marco Buitoni, Peter K. Grunebaum and Irving Kessler |
| | | IRA E. BERLINER, ESQ. FOR Lockwood Drive Co., Max Gordon, Robert Morris and Steven J. Toepfer |
| | | JOHN ANTHONY SMITH, ESQUIRE for George Brezel, John J. Grinch and Gould R. Kardashian |
| | | ALLEN GREEN, ESQUIRE for Martin J. Margolin and Land Properties Co. |
| | | DAVID I. SHIVITZ, ESQUIRE for Arthur J. Sutton, Martha Sutton, Plaza Corp., Samson, Inc. and Phalia Realty Corp. |
| | | R. ANTHONY ZEIGER, ESQUIRE for Peat, Marwick, Mitchell & Co. |
| | | MAX WILD, ESQUIRE for Spanbock Loudoun Country Venture |
| | | JOSEPH TANENBAUM, PRO SE. for Joseph Tanenbaum |
| | | RICHARD G. MCGAHREN, ESQ. for Carro, Spanbock, Londin, Rodman & Fass Melvin J. Carro, Maurice S. Spanbock and Jerome J. Londin |
| | | M. LANGHORNE KEITH, ESQ. for The Riggs National Bank of Washington, D.C |
| | | CONRAD M. SHUMADINE, ESQUIRE for Virginia National Bank |
| | | PHILIP A. LLOYD, II, ESQUIRE for First National Bank of Akron |
| | | JOSEPH DUCOEUR, ESQUIRE for The First National Bank of Chicago |
| | | RUSSELL E. BROOKS, ESQUIRE for The Chase Manhattan Bank, N.A. Israel Discount Bank, Led., Union Bank Barclays Bank of New York, Sterling Nationa Bank and Trust Co. |
| | | ANTHONY J. D'AURIA, ESQ. for National Bank of North America |
| | | |
| | | |

*See page 2 for additional app.*

DOCKET NO. _290_ -- __IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES__
                              LITIGATION

| Date | No. Code | |
|------|----------|---|
| 12/14/76 | | APPEARANCES (CONTINUED FROM PAGE 1) |
| | | DAVID PADGETT, ESQUIRE for Republic National Life Insurance Co. |
| | | MILTON THURM, ESQUIRE for Sutton & Towne, Inc. |
| | | D. SIDNEY CONDIT, ESQUIRE for DOVENMUEHLE, INC. |
| | | RICHARD GYORY, ESQ. for Seymour Fischman, John Maddie, Michael Patchan and Patrick Fucillo |
| | | CHARLES B. ORTNER, ESQ. for Independent Securities Corp. |
| 12/16/76 | | REQUESTS FOR EXTENSIONS OF TIME -- CHASE MANHATTAN BANK, N.A., ISRAEL DISCOUNT BANK, LTD. |
| | | UNION BANK & TRUST CO. |
| | | BARCLAYS BANK OF NEW YORK BANK OF N.Y. |
| | | STERLING NATIONAL BANK & TRUST CO. |
| 12/16/76 | | REQUEST FOR EXTENSION OF TIME -- CITIBANK, N.A., CHEMICAL BANK |
| 12/16/76 | | REQUEST FOR EXTENSION OF TIME -- RIGGS NATIONAL BANK |
| | | EXTENSION OF TIME GRANTED TO ALL TO JAN. 3, 1976 |
| 12/20/76 | 2 | RESPONSE -- ROBERT MORSE AND CLAIRE S. MORSE w/cert. of service |
| 12/20/76 | 3 | RESPONSE -- VIRGINIA NATIONAL BANK w/ cert. of service |
| 12/20/76 | 4 | RESPONSE -- THE FIRST NATIONAL BANK OF CHICAGO w/ cert. of service |
| 12/20/76 | 5 | RESPONSE-- FIRST NATIONAL BANK OF AKRON w/cert. of service |
| 12/21/76 | | APPEARANCES -- DONALD ORENSTEIN, ESQ. FOR DONALD ORENSTEIN, PRO SE |
| | | JACOB SCHNEIDER, ESQ. FOR JACOB SCHNEIDER, PRO SE |
| | | MAX WILD, ESQ. For Philip Tonken |
| | | MORTIMER HAAS, ESQ. For Jacob Eisenberg |
| | | ANTHONY G. RAHTE, ESQ. for Thomas P. Newsome and Patricia H. Newsome |
| | | DAVID L. MARKS For Joseph Tulcin |
| | | RONALD P. FISCHETTI, ESQ. For Norman Dansker, Gloria Dansker, Suro Corp. |
| | | Samuel Heller for Samuel R. Heller |
| | | Stanley D. Rapporport for Stanley D. Rapporport |
| | | Richard F. Loman for Richard F. Loman |
| | | MICHAEL I. SMITH for Irving Koerner |
| 12/21/76 | | REQUEST FOR EXTENSION OF TIME -- NATIONAL BANK OF NORTH AMERICA |
| | | GRANTED TO JAN. 3, 1977 |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-8 for hearing |
| | | Jan 28, 1977, Miami, Florida |
| 12/27/76 | 6 | RESPONSE -- CITIBANK, N.A., AND CHEMICAL BANK w/cert of service |
| 12/28/76 | | CONFIRMING EXTENSION OF TIME -- First National Bank of Chicago |
| 12/28/76 | | APPEARANCE -- ARTHUR S. KOEPPEL, ESQ.for Arthur S. Koeppel and Stanley Mohr and SOL FREEDMAN for Aileen Murstein |
| 1/3/77 | 7 | RESPONSE -- THE FIRST NATIONAL BANK OF CHICAGO w/cert. of service |
| 1/3/77 | 8 | RESPONSE -- ISRAEL DISCOUNT BANK w/ cert. of service |
| 1/3/77 | 9 | RESPONSE -- THE RIGGS NATIONAL BANK OF WASHINGTON, D.C. w/ cert. of svc. |
| 1/3/77 | 10 | RESPONSE -- THE CHASE MANHATTAN BANK, N.A., THE TRUST COMPANY OF N.Y., UNION BANK, BARCLAYS BANK OF N.Y., AND STERLING NAT"L BANK AND TRUST COMPANY w/cert. of service. |
| 1/3/77 | | AMENDED CERT. OF SERVICE -- THE FIRST NATIONAL BANK OF AKRON. |

JPML FORM 1A - Continuation     DOCKET ENTRIES -- p. 3
]

DOCKET NO. 290  --  IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Date | No. Code | |
|------|------|---|
| 1/4/77 | | APPEARANCES |
| | | MAX W. BEYER for Adolph Zeller |
| | | LEWIS KRUGER, ESQ. FOR Israel Discount Bank |
| | | Hahn, Hessen, Margolis & Ryan for Bankers Life & Casualty Co. |
| 1/5/77 | 11 | RESPONSE -- GEORGE BREZEL, JOHN J. GRINCH, & GOULD R. KARDASHIAN |
| | | w/cert. of service. |
| 1/5/77 | 12 | RESPONSE -- THE KATZ PLAINTIFFS w/cert. of service. |
| 1/10/77 | 13 | REPLY -- JAMES BLOOR w/cert. of service |
| 1/18/77 | | APPEARANCE -- IRENE C. WARSHAUER, ESQ. for James Bloor, Trustee of Invest |
| | | Funcing Corp. of New York' |
| 1/18/76 | | APPEARANCE -- BRUCE S. KAPLAN, ESQ. for Nathan Serota |
| | | EPHRIAM K. LEIBOWITZ for EDWARD BLUMBERG |
| 1/22/77 | | APPEARANCE -- MARVIN B. SEGAL for Aaron Gottesman 77-108 Co. |
| 1/25/77 | | APPEARANCE -- PETER E. FLIMING, JR. ESQ for Morris Karp |
| 1/25/77 | | WAIVER OF ORAL ARGUMENT -- Peter K. Grunebaum, Irving Kessler and |
| | | Marco Buitoni. 1/28/77 hearing in Miami, Fl. also Independent |
| | | Securities Corporation. |
| 1/26/77 | | WAIVER OF ORAL ARGUMENT -- Israel Discount Bank. 1/28/77 hearing |
| | | in Miami, Florida. |
| 2/14/77 | | A-8 Bloor v. Va. National Bank, E.D. Va., 76-639-N |
| | | ~~FIXXXXXXXXXXXXXXXXXXXXXXXXX~~ Judge Kellams Order re:  Plaintiffs |
| | | filing of an amended complaint |
| 3/22/77 | | APPEARANCE -- DAVID M. GERSTEIN, ESQ. for ~~ROB~~ JOHN P. ROSENTHAL |
| 3/31/77 | | LETTER -- Counsel for Virginia National Bank w/attachment |
| 4/25/77 | | LETTER -- James Bloor |
| 5/31/77 | | APPEARANCE -- MAX WILD, ESQ. for Est. of Charles A. Berns, H. Jerome |
| | | Berns, Eli Bloom, Harry Epstein, Ulu Grosbard |
| | | Herbert Jaffe, Stephen Katz, Jack Klatell, H. Peter |
| | | Kreindler, and Estate of Robert Kreindler |
| 7/13/77 | 14 | Letter -- Counsel for Virginia National Bank dated Jul 8, 1977 |
| | | enclosing pretrial order |
| 8/8/77 | | CONSENT OF TRANSFEREE COURT -- for Judge William C. Conner to handle |
| | | litigation in the S.D. N.Y. under 28 U.S.C. §1407 |
| 8/8/77 | | OPINION AND ORDER -- transferring A-5,6,7,8 to the S.D.New York |
| | | for assignment to Judge William C. Conner under 28 U.S.C. |
| | | §1407 |
| 9/6/77 | | PETITION FOR AN EXTRAORDINARY WRIT IN THE NATURE OF CERTIORARI AND |
| | | MANDAMUS -- filed in the United States Court of Appeals for the |
| | | Second Ciruuit -- First National Bank of Akron, et al. 77-3053 |
| 3/15/78 | | PETITION FOR WRIT OF CERTIORARI  -- First National Bank of Akron |
| | | v. Irving R. Kaufman (Chief Judge U.S.C.A., 2nd Circuit, et al. |
| | | FILED IN THE SUPREME COURT OF THE U.S. on March 6, 1978 |
| ~~3/24/78~~ | | Supreme Court No.  77-1239 -= Appearance ltr dtd 3/24/78 to S.CT. |
| 5/8/78 | | Brief of James Bloor (filed in the Supreme Court 77-1239) |
| 5/15/78 | | Supplemental Brief of Petitioner First National Bank of Akron |
| | | (filed in Supreme Court 77-1239) |
| | | |
| | | |

JPML FORM 1A                    DOCKET ENTRIES

                JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __290__ -- _____

| Date | No.<br>Code | |
|------|------|------|
| 5/22/78 | | A-9 James Bloor v. F.D.I.C., E.D. N.Y., C.A. No. 78C-565 |
| | | CTO FILED TODAY.  Notified involved Counsel and Judges (emh) |
| 6/5/78 | | (A-9) James Bloor v. F.D.I.C., E.D. N.Y., C.A. No. 78C-565 |
| | | NOTICE OF OPPOSITION FILED TODAY BY DEFENDANTS (cds) |
| 6/20/78 | 15 | MOTION/BRIEF IN OPPOSITION TO TRANSFER OF (A-9) -- Defendant F.D.I.C. |
| | | w/Exhibits A through F and certificate of service (cds) |
| ~~6/30/78~~ ~~16~~ ~~RESPONSE/AFFIDAVIT TO PLEADING NO. 15~~ | | |
| 6/30/78 | 16 | RESPONSE/AFFIDAVIT TO PLEADING NO. 15 -- Plaintiffs Counsel -- w/cert. |
| | | of service and Exhibits A through I (cds) |
| 7/5/78 | 17 | REPLY MEMO -- Federal Deposit Insurance Corp. as Receiver for Franklin |
| | | National Bank w/cert. of svc.          (pdh) |
| 9/1/78 | | HEARING ORDER -- ~~###~~ Setting A-9 for hearing on Sept. 29, 1978 in |
| | | ~~################~~ (ea) Chicago, Ill. (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p._____

DOCKET NO. 290 -- In re Investors Funding Corporation of New York
                      Securities Litigation

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 12/1/78 | | OPINION AND ORDER transferring A-9 to the S.D. New York, for assignment to the Honorable William C. Conner for coordinated or consolidated pretrial proceedings with the actions pending there.   (emh) |
| 12/21/78 | | CORRECTION ORDER -- Correcting Opinion and Order filed on December 1, 1978  (emh) |
| 86/04/30 | | ORDER ADMINISTRATIVELY CLOSING DOCKET -- Notified counsel, judge and clerk (rh) |

DOCKET NO. 290 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE INVESTORS FUNDING CORPORATION OF NEW YORK SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  1/28/77    9/28/78

Consolidation Ordered 12/1/78  761 F Supp 613 Consolidation Denied _____

Opinion and/or Order  Aug. 8, 1977    12/1/78
Citation

Transferee District  SOUTHERN DISTRICT OF NEW YORK    Transferee Judge  WILLIAM C. CONNER    p-21-20

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James Bloor, etc., et al. v. Jerome Dansker, et al. | S.D.N.Y. Werker | 76 Civ.4679 (HFW) | | | 4 | |
| A-2 | Morris Katz, et al. v. Jerome Dansker, et al. | S.D.N.Y. Pollack | 76 Civ.4721 (MP) | | | | |
| A-3 | James Bloor, etc., et al. v. Jerome Dansker, et al. | S.D.N.Y. Knapp | 69 Civ.2741 (WK) | | | 10/11/77 | |
| A-4 | Robert Morse, et al. v. Peat Marwick Mitchell & Co. | S.D.N.Y. Conner | 75 Civ.3681 (WCC) | | | | |
| A-5 | James Bloor, etc., et al. v. First National Bank of Akron | N.D.Ohio Contie | C 76-336A | 8/8/77 | 77-4001 | 4/14/81 D | |
| A-6 | James Bloor, etc., et al. v. First National Bank of Chicago | N.D.Ill. Kirkland | 76C-3905 | 8/8/77 | 77-4000 | 4/14/81 D | |
| A-7 | James Bloor, etc., et al. v. Riggs National Bank | D. D.C. Cochran CORCORAN | 76-1958 | 8/8/77 | 77-3999 | 4/14/81 D | |
| A-8 | James Bloor, etc., et al. v. Virginia National Bank | E.D.Va. Kellam | 76-639-N | 8/8/77 | 97CIV4000 | 4/14/81 | |

DOCKET NO. _____ -- _____ -- P. _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Dr. Bernard Metrick, et al. v. Jerome Dansker, et al | S.D.N.Y. | 78-Civ-268 | | | | |
| A-9 | James Bloor v. F.D.I.C. *5/22/78* *Opposed* *July 1978 — 4 TR / 6 XYZ (INCLUDES XYZ-2) / 1 DIS / 9 Pdg.* | E.D.N.Y. Sifton | 78C-565 | 12/1/78 | 78 Civ 5839 | 4/14/81 | |
| XYZ-2 | David Haber, et ux. v. Jerome Dansker  *July 1979 — 4 TR / 6 XYZ / 1 DISD / 9 Pdg.* | S.D.N.Y. | 78 Civ 0532 | | | | |
| XYZ-3 | Rachel Rothchild v. Dansker, et al. | S.D.N.Y. | 77-Civ 616 | | | | |
| XYZ-4 | Louis B. Green v. Dansker, et al. | S.D.N.Y. | 75 Civ 4542 | | | | |

*July 1980 — 5 TR / 8 XYZ / 1 Dis / 12 Pdg.*
*July 1981 — 5 Dis / 8 Pdg.*
*July 1982 — 6 Dis / 7 Pdg.*
*July 1983 — Same*
*July 1984 — Same*
*July 1985 — Same*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORPORATION OF NEW YORK SECURITIES__

__LITIGATION__

* Judge William C. Conner appointed Liaison counsel for this litigation in his orders dated January 24, 1978 and January 27, 1978

* LIAISON COUNSEL FOR PLAINTIFFS
John H. Gross, Esq.
Irene C. Warshauer, Esq.
Anderson, Russell, Kill & Olick, P.C.
630 Fifth Avenue
New York, New York  10020

* LIAISON COUNSEL FOR DEFENDANTS
Russell E. Brooks, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

Federal Deposit Insurance Corporation
Ernest Allen Cohen, Esq.
Jaffe, Cohen, Crystal & Mintz
Two Wall Street
New York, New York  10005

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORPORATION OF NEW YORK__

__SECURITIES LITIGATION__

---

JAMES BLOOR, ETC., ET AL. (A-1, A-3, A-5
   thru A-8)
John H. Gross, Esquire
Irene C. Warshauer, Esquire
Anderson, Russell, Kill & Olick, P.C.
630 Fifth Avenue
New York, New York  10020

MORRIS KATZ, ET AL. (A-2)
Stephen Lee Crystal, Esquire
Crystal & Driscoll, P.C.
10 E. 40th Street
New York, New York  10016

ROBERT MORSE, ET AL. (A-4)
David J. Bershad, Esquire
Milbert & Weiss
One Pennsylvania Plaza
New York, New York  10001

HYMAN R. SHAPIRO
Jesse Climenko, Esquire
Shea, Gould, Climenko & Casey
330 Madison Avenue
New York, New York  10017

LESTER KOCH        (as general partners of
AARON GOTTESMAN (SPRINGFIELD BLVD. CO.)
JOEL BUCHMAN
WEST HUDSON COMPANY
HAROLD WOLFSON
Neil S. Kramer, Esquire
Buchman & Buchman
10 East 40th Street
New York, New York  10016

CHEMICAL BANK (as Successor to
   SECURITY NATIONAL BANK)
CITIBANK, N.A.
Henry Lewis Goodman, Esquire
Zalkin, Rodin & Goodman
750 Third Avenue
New York, New York  10017

C. I. MORTGAGE GROUP
C. I. PLANNING CORPORATION
Joel David Sharrow, Esquire
Carb, Luria, Glassner, Cook & Kufeld
529 Fifth Avenue
New York, New York  10017

DAVID W. KATZ & CO.
PHILIP PLUMER
DWK ASSOCIATES #20
ISRAEL KATZ
PLUMER ASSOCIATES VENTURE
PLUMER HAMPSHIRE TOWERS VENTURE
Marvin B. Segal, Esquire
Segal & Hundley
745 Fifth Avenue
New York, New York  10022

MARCO BUITONI
PETER K. GRUNEBAUM
IRVING KESSLER
Michael I. Smith, Esquire
Freedman, Levy, Kroll & Simonds
1730 K Street, N.W.
Washington, D.C.  20006

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION__

---

LOCKWOOD DRIVE COMPANY
MAX GORDON
ROBERT MORRIS
STEVEN J. TOEPFER
Ira Berliner, Esquire
Morris, Berliner & Morris
1350 Avenue of the Americas
New York, New York   10019

GEORGE BREZEL
JOHN J. GRINCH
GOULD R. KARDASHIAN
John Anthony Smith, Esquire
Turk, Marsh, Kelly & Hoare
666 Fifth Avenue
New York, New York   10019

MARTIN J. MARGOLIN
LAND PROPERTIES COMPANY
Allen Green, Esquire
Bell, Wolkowitz, Beckman & Klee
501 Madison Avenue
New York, New York   10022

ARTHUR J. SUTTON
MARTHA SUTTON
PLAZA CORPORATION
SAMSON, INC.
PHALIA REALTY CORPORATION
560 Sylvan Avenue
Englewood Cliffs, New Jersey   07632

PEAT, MARWICK, MITCHELL & CO.
R. Anthony Zeiger, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York   10005

PHILIP TONKEN
SPANBOCK LOUDOUN COUNTY VENTURE
Max Wild, Esquire
Rubin, Baum, Levin, Constant & Friedman
645 Fifth Avenue
New York, New York   10022

JOSEPH TANNENBAUM (PRO SE)
43-29 Bell Boulevard
Bayside, New York   11361

CARRO, SPANBOCK, LONDIN, RODMAN & FASS
MELVIN J. CARRO
MAURICE S. SPANBOCK
JEROME J. LONDIN
Richard G. McGahren, Esquire
D'Amato, Costello & Shea
116 John Street
New York, New York   10038

THE RIGGS NATIONAL BANK OF WASH., D.C.
M. Langhorne Keith, Esquire
Hogan & Hartson
815 Connecticut Ave., N.W.
Washington, D.C.   20006

VIRGINIA NATIONAL BANK
Conrad M. Shumadine, Esquire
Kaufman, Oberndorfer & Spainhour
2030 Virginia National Bank Bldg.
Norfolk, Virginia   23510

FIRST NATIONAL BANK OF AKRON
Philip A. Lloyd, II, Esquire
500 First National Tower
Akron, Ohio   44308

THE FIRST NATIONAL BANK OF CHICAGO
Joseph DuCoeur, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois   60601

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3_____

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION__

---

THE CHASE MANHATTAN BANK, N.A.
~~ISRAEL DISCOUNT BANK, LTD.~~
UNION BANK
BARCLAYS BANK OF NEW YORK
STERLING NATIONAL BANK & TRUST CO.
Russell E. Brooks, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

NATIONAL BANK OF NORTH AMERICA
Anthony J. D'Auria, Esquire
Cole & Deitz
40 Wall Street
New York, New York  10005

REPUBLIC NATIONAL LIFE INSURANCE CO.
David Paget, Esquire
Winer, Neuburger & Sive
425 Park Avenue
New York, New York  10022

SUTTON & TOWNE, INC.
Milton Thurm, Esquire
116 John Street
New York, New York  10038

DOVENMUEHLE, INC.
D. Sidney Condit, Esquire
Bell, Boyd, Lloyd, Haddad & Burns
135 S. LaSalle St., Suite 3500
Chicago, Illinois  60603

SEYMOUR FISCHMAN     (As Trustees for
JOHN MADDIE              Security Title
MICHAEL PATCHAN       & Guaranty Co.)
PATRICK FUCILLO
Richard Gyory, Esquire
Levin, Kreis, Ruskin & Gyory
529 Fifth Avenue
New York, New York  10017

INDEPENDENT SECURITIES CORPORATION
  (named in this action & formerly known
  as EQUITY FUNDING SECURITIES CORP.)
Charles B. Ortner, Esquire
Gold, Farrell & Marks
595 Madison Avenue
New York, New York  10022

SEYMOUR FISCHMAN
Seymour Fischman, Esquire
630 Fifth Avenue
New York, New York  10020

ELY-CRUIKSHANK CO., INC.
Edward Fiencke, Esquire
14 Wiltshire Street
Bronxville, New York  10708

DANBURY WALLKILL CO.
Peter V. Gulick, Esquire
Foster, Pepper & Riviera
4400 SEattle First National Bank Bldg.
Seattle, Washington 98154

HUDSON TERRACE ASSOCIATES
Stanley Dreyer, Esquire
32 Broadway
New York, New York  10004

DANIEL JACOBS
Robert L. Meyers, Esquire
Centran Building
Akron, Ohio  44308

ARTHUR ROLFE
Sidney Rappaport, Esquire
Scarborough Manor
Scarborough, New York  10510

JEROME DANSKER
Obermaier, Morvillo & Fitzpartick
129- Avenue of the Americas
New York, New York  10019

JPML FORM 4A -- Continuation

DOCKET NO. __290__ -- <u>IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION</u>

---

JEROME DANSKER
NORMAN DANSKER
RAPHAEL DANSKER
Freedman, Levy, Kroll
  & Simonds
1730 K Street, N.W.
Washington, D. C.   20006

IRVING KOERNER
Michael I. Smith, Esq.
Freedman, Levy, Kroll& Simonds
1730 K Street N.W.
Washington, D.C.   20006

KELLY & MOREY, INC.
Rooney & Evans
521 Fifth Avenue
New York, New York

ROBERT M. ROSE
Robinson, Silverman, Pearre, Aronsohn,
  Sand & Berman
230 Park Avenue
New York, New York   10017

JOSEPH TULCIN
David L. Marks
Marks & Marks
521 - 5th Avenue
New York, New York   10017

JACOB EISENBERG
Mortimer Haas, Esquire
299 Broadway
New York, New York   10007

DONALD ORENSTEIN,
c/o Donald Orenstein Investment Co.
Two Penn Plaza
New York, New York   10001

JACOB SCHNEIDER, ESQUIRE
c/o Schneider, Schneider & Behr
1029 Teaneck Road
Teaneck, New Jersey   07666

PHILIP TONKEN
Max Wild, Esquire
Rubin Baum Levin
  Constant & Friedman
645 Fifth Avenue
New York, New York   10022

THOMAS P. NEWSOME
PATRICIA H. NEWSOME
Anthongy G. Rathe, Esquire
Shedd, Moraites & Rahe
45 Rockefeller Plaza
New York, New York

NORMAN DANSKER
GLORIA DANSKER
SURO CORP.
Ronald P. Fischetti, Esquire
Fishetti & Shargel
1290 Avenue of the Americas
New York, New York   10019

AILEEN MURSTEIN
Sol Freedman, Esquire
79 Wall Street
New York, New York   10005

ARTHUR ROLFE
Sydney P. Rappaport, Esquire
Scarborough Manor
Scarborough, New York   10510

ISRAEL DISCOUNT BANK LTD.
Andrew B. Schultz, Esquire
Krause, Hirsch & Gross
41 East 42nd
New York, New York   10017

ARTHUR S. KOEPPEL
STANLEY MOHR
Arthur S. Koeppel, Esq.
59 East 54 th Street
New York, New York10022

BANKERS LIFE AND CASUALTY CO.
Hahn, Hessen, Margolis &
  Ryan
350 Fifth Avenue
New York, New York 10001

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. _290__ -- <u>IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION</u>

<u>INDIVIDUALS NOT REPRESENTED BY COUNSEL</u>

Edward Fielding
334 Heights Road
Ridgewood, New Jersey   07450

Jesse Malvin
110 Harold Road
Woodmere, New York   11598

Donald Orenstein
3 Rockhill Road
Roslyn, New York   11576

Jacob Schneider, Esquire
1029 Teaneck Road
Teaneck, New Jersey   07666

Stephen Haymes
9 East 79th Street
New York, New York   10021

MORRIS KARP
Peter E. Fliming, Jr., Esquire
Curtis, Mallet-Prevost, Colt &
  Mosle
100 Wall Street
New York, New York   10005

Stanley Mohr
54 East 59th Street
New York, New York   10022

Nathan Serota
233 W. Merrick Road
Valley Stream, New York   11580

The Trust Company of New Jersey
35 Journal Square
Jersey City, New Jersey   07306

Aetna Business Credit, Inc.
111 Founders Plaza, Suite 31200
Post Office Box 118
East Hartford, Connecticu   06101

Bankers Life & Casualty Co.
444 Lawrence Avenue
Chicago, Illinois   60630

Brouse & McDowell Co., L.P.A.
500 First National Tower
Akron, Ohio   44308

Philip Tonken
30 Eagle Lane
East Hills, New York

Federal Deposit Insurance Co., as
  Receiver to Franklin National Bank
800 Third Avenue
New York, New York   10022

M & T Bank, as Successor to
  Hambros Bank Ltd.
654 Madison Avenue
New York, New York   10021

Robert Dale
55 East End Avenue
New York, New York   10028

S. D. Leidesdorf & Co.
Robert Saltzman
100 East 42nd Street
New York, New York   10016

Jerome Lowengrub
7 Lee Terrace
Short Hills, New Jersey   07078

Betz Brothers, Inc.
208 Investment Bldg.
Townson, Maryland   21204

International Real Estate Consultants
120 Giralda Avenue   cov'r returned
Coral Gables, Florida   03314

NATHAN SEROTA
Bruce S. Kaplan, Esquire
Paul, Weiss, Rifkind
  Wharton & Garrison
345 Park Avenue
New York, New York   10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 6 .

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION

Lakeland Properties Company
Amherst Property Company
Airport Boulevard Company
East Lincoln Avenue Company
c/o Joseph J. Crisa
31-07 28th Road
Long Island City, New York

Westchester Properties Company
Central Land Company
c/o David Goodman
35 Sutton Place
New York, New York

Seattle Wall Company
c/o Wallace Kandell
Basket Neck Lane
Remsenberg, New York

Fairlawn Company
c/o Balco Properties Corp.
57 Freeman Street
Newark, New Jersey   07105

Forest Village Company
c/o Joel Buchman
140 E. 72nd Street
New York, New York

Coventry Park Company
c/o Ralph Hausber
70 East 77th Street
New York, New York   10021

Carl Avner
14155 Magnolia Boulevard
Sherman Oaks, California   90513

Arnold S. Coe
77 Park Avenue
New York, New York   10016

Jacob Eisenberg
233 Olean Street
Brooklyn, New York   11210

Gerald Greenwald
4524 North 40th Street
Arlington, Virginia   22922

J. Herbert Leder
816 North Delaware
San Mateo, California   94401

Charles Vite
181-49 Rudor Road
Jamaica Estates, New York

Kermit Axel
1125 Park Avenue
New York, New York   10028

Victor Barouh
935 Plum Tree Road West
Westbury, New York   11590

Mervyn Blank
31 Whitlockville Road
Katonah, New York   10536

Edward J. Blumberg
891 Park Avenue
New York, New York   10022

William Cannon
Victorian Lane
Brookville, New York   10708

Thomas Elmezzi
90 Knightsbridge Road
Great Neck, New York   10021

Jules Epstein
66 Lake Drive
Manhasset Hills, New York   11040

Benjamin Selman
260 Victory Boulevard
New Rochelle, New York   10804

Celia Pers
1645 Grand Concourse
Bronx, New York   10452

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___7___

DOCKET NO. __290__ -- __IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION__

Louis Wollowitz
52 Rockridge Road
Mt. Vernon, New York  10552

Leonore Rudoy
81-05 139th Street
Kew Gardens, New York  11415

Thomas P Newson
Patricia H. Newson
444 Palmer Avenue
Teaneck, New Jersey  07444

Aaron Perel
366 Van Norstrand Avenue
Englewood, New Jersey  07631

Sidney Seidenberg
79 Lake Shore Drive
Rockaway, New Jersey  07631

Aileen Murstein
215 Birch Drive
Roslyn, New York 11576

Adolph Zeller
8712 Dadley Road
Manassas, Virginia  22110

Dr. R. David Sudarsky
4 East 77th Street
New York, New York  10021

Ronald S. Mankowski
31 East 20th Street
New York, New York  10003

Sophie Zaldin
1200 Gravesend Neck Road
Brooklyn, New York  11229

Dr. Clifford G. Vernick
3402 Linden Street
Allentown, Pennsylvania  18104

Paul E. Urow
3135 Johnson Avenue
Bronx, New York  10463

Martin C. Ushkow
107 Robbins Lane
Syracuse, New York  13214

Harriet Zaldin
960 Browers Point Branch
Woodmere, New York  11598

Morris Springer
204 Linden Boulevard
Brooklyn, New York  11226

Morris Zuckerman
303 West 42nd Street
New York, New York  10036

Norman Ember
501 7th Street
New York, New York

Jerome Warshaw
187 Beach 147th Street
Belle Harbor, New York

Abraham Goldberg
2762 Anchor Avenue
Los Angeles, California  90064

John P. Rosenthal
40 Wall Street
New York, New York  10005

Dr. Byron Smith
32 East 64th Street
New York, New York  10021

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __8__

DOCKET NO. __290__ -- IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION

Dr. Herbert Katzin
178 East 71st Street
New York, New York   10021

Sinclair Wolf
6647 Sherbourne Drive
Los Angeles, California 90056

Joseph Tulcin
2505 South Ocean Drive
Palm Beach, Florida   33408

Estate of Charles A. Berns
24 Central Park South
New York, New York   10019

Estate of Maxwell A. Kreindler
1016 Fifth Avenue
New York, New York

Eli Bloom
2398 Hewlet Avenue
Merrick, New York   11566

Jess Ward
15 West 81st Street
New York, New York   10028

Stephen Solomon
1100 Park Avenue
New York, New York   10028

Harry Epstein
50 Margaret Avenue
Lawrence, New York   11559

Walter Seid
21 Flower Lane
Great Neck, New York   11024

Gerald Tunick
47 Old Field Lane
Lake Success, New York   11041

H. Jerome Berns
14 East 75th Street
New York, New York   10021

H. Peter Kriendler
1016 Fifth Avenue
New York, New York   10028

T. Robert Kriendler
390 West 2nd Avenue
New York, New York   10024

Barbara Londin
1125 Park Avenue
New York, New York   10029

Connie Naitove
20 Rip Road
Hanover, New York   03755

Dr. Jack Klatell
59 East 54th Street
New York, New York   10019

Gloria Dansker
132 East 72nd  Street
New York, New York   10021

Leo Sheiner, Pro Se
c/o Investors Funding Corp.
630 Fifth Avenue
New York, New York

Richard F. Loman, Pro Se
c/o Investors Funding Corp.
630 Fifth Avenue
New York, New York

Louis Adler, Pro Se
c/o Investors Funding Corp.
630 Fifth Avenue
New York, New York

Mr. Samuel R. Heller, Pro Se.
c/o Investors Funding Corp.
 of New York
575 Lexington Ave.
New York, New York   10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __9__

DOCKET NO. __290__ -- <u>IN RE INVESTORS FUNDING CORP. OF N.Y. SECURITIES LITIGATION</u>

Stanley D. Rappaport, Pro Se
c/o Investors Funding Corp.
630 Fifth Avenue
New York, New York
SYDNEY SCHNEIDER, PRO SE
C/O Investors Funding Corp. of
  New York
575 Lexington Ave.
New York, N.Y.  10022

Henelo Corporation
2455 East Sunrise Limited Partnershi]
120 East 90th Street Company
Salina Onondaga Company
Broadway Amsterdam Company
Goshen 17A Company
Third Avenue 95th & 96th Company
55 East End Avenue Company
Castle Village Company
Shopping Marts Company
440 West 57th Street Company
Orange Sullivan Sussex Company
Schwab Adams Company
75 and 160 Prospect Street Company
c/o Jerome Dansker
860 Fifth Avenue
New York, New York  10020

Stelebrush Corporation
Madison 93rd and 94th Company
c/o Raphael Dansker
70 E. 77th Street
New York, New York  10020

77-108 Company
c/o Aaron Gottesman
Marvin B. Segal, Esq.
Segal & Hundley
745 Fifth Avenue
New York, New York  10022

EDWARD BLUMBERG
Ephriam K. Leibowitz, Esquire
Leibowitz, Platzer &
  Fineberg
1500 Broadway
New York, New York  10036

~~Stephen Katz~~
Dale Wasserman
Reginald Rose
David Shaw
Sheldon Tennen
Arnold Kaplan
c/o David W. Katz & Co.
10 East 40th Street
New York, New York  10016

Suro Corporation
c/o Norman Dansker
132 East 72nd Street
New York, New York  10021

Benjamin Selman, Pro Se
520 N. Kings Road, Apt. 113
West Hollywood,CA  90048

ABRAHAM GOLDBERG
Gary J. Sodikoff, Esq.
1800 N. Broadway
Santa Ana, CA  92706

ADOLPH ZELLER
Max W. Beyer, Esq.
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

ADDRESSES OR COUNSEL UNKNOWN
Joe Diaco
Andrew Valentine
Realty Equities Corp. of New York
Valentine Electric Corp.
Philip Plumer
Michael Ettenson
Helen Wilk
Le Harve Corp.

JPML FORM 2A -- Continuation

Attorney List -- p. _10_

DOCKET NO. _290_ -- __IN RE INVESTORS FUNDING CORPORATION OF NEW YORK LITIGATION__

---

JOHN P. ROSENTHAL
David M. Gerstein, Esquire
Kass, Goodkind, Wechsler
  & Gerstein
122 East 42nd Street
New York, New York  10017

ESTATE OF CHARLES A. BERNS
H. JEROME BERNS
ELI BLOOM
HARRY EPSTEIN
ULU GROSBARD
HERBERT JAFFEE
STEPHEN KATZ
JACK KLATELL
H. PETER KREINDLER
ESTATE OF I. ROBERT KREINDLER
Max Wild, Esquire
Rubin, Baum, Levin
  Constant & Friedman
645 Fifth Avenue
New York, New York  10022

JAMES BLOOR (A-9)
 (same as A-1, A-3,A-5 thru A-8)

F.D.I.C. (A-9)
Jaffe, Cohen, Crystal
  & Mintz
Two Wall Street
New York, New York  10005

JPML FORM 3

Counsel Listed
Not Rep.

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **290** -- <u>IN RE INVESTORS FUNDING CORPORATION OF NEW YORK SECURITIES LITIGATION</u>

| Name of Party | Named as Party in Following Actions |
|---|---|
| JEROME DANSKER | A-1 |
| NORMAN DANSKER | A-1 |
| RAPHEAL DANSKER | A-1 |
| HENELO CORP. | A-1 |
| STELEBRUSH CORP. | A-1 |
| SURO CORP. | A-1 |
| STEPHEN HAYMES | A-1 |
| DONALD ORENSTEIN | A-1 |
| ARTHUR J. SUTTON | A-1 |
| HYMAN R. SHAPIRO | A-1 |
| MORRIS KARP | A-1 |

p.  2

| | |
|---|---|
| JOE DIACO | A-1 |
| ANDREW VALENTINE | A-1 |
| ARTHUR KOEPPEL | A-1 |
| STANLEY MOHR | A-1 |
| NATHAN SEROTA | A-1 |
| GLORIA DANSKER | A-1 |
| PHALIA REALTY CORP. | A-1 |
| PLAZA CORP. | A-1 |
| REALTY EQUITIES CORP. OF N.Y. | A-1 |
| REPUBLIC NATIONAL LIFE INS.CO. | A-1 |
| VALENTINE ELECTRIC CORP. | A-1 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| MARCO BUITONI | A-1 |
| ROBERT DALE | A-1 |
| PETER GRUNEBAUM | A-1 |
| IRVING KOERNER | A-1 |
| SEYMOUR FISCHMAN | A-1 |
| DANIEL JACOBS | A-1 |
| IRVING KESSLER | A-1 |
| GOULD KARDASHIAN | A-1 |
| JOHN J. GRINCH | A-1 |
| EDWARD FIELDING | A-1 |
| CARRO, SPANBOCK LONDIN, RODMAN & FASS | A-1 |

| | |
|---|---|
| MELVIN CARRO | A-1 |
| PEAT, MARWICK, MITCHELL & CO. | A-1 |
| S. D. LEIDESDORF & CO. | A-1 |
| JEROME LOWENGRUB | A-1 |
| ROBERT SALTZMAN | A-1 |
| DAVID W. KATZ & CO. | A-1 |
| PHILIP PLUMER | A-1 |
| SUTTON & TOWNE, INC. | A-1 |
| BETZ BROTHERS, INC. | A-1 |
| ELY-CRUIKSHANK CO., INC. | A-1 |
| **INTERNATIONAL REAL EASTATE** CONSULTANTS | A-1 |

JPML FORM 3

p. _5___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _290_  --IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| 2455 EAST SUNRISE LTD. PARTNERSHIP. | A-1 |
| 120 EAST 90th ST. CO. | A-1 |
| SALINA ONONDAGA CO. | A-1 |
| MADISON 93RD AND 94TH CO. | A-1 |
| BROADWAY AMSTERDAM CO. | A-1 |
| GOSHEN 17A COMPANY | A-1 |
| THIRD AVE. 95TH AND 96TH CO. | A-1 |
| 55 EAST END AVE. CO. | A-1 |
| CASTLE VILLAGE CO. | A-1 |
| SHOPPING MARTS CO. | A-1 |
| | |

| | |
|---|---|
| 440 WEST 57th ST. CO. | A-1 |
| *LAKELAND PROPERTIES Co.* <br> AMHERST PROPERTY CO. | A-1 |
| AMHERST PROPERTY CO. | A-1 |
| AIRPORT BOULEVARD CO. | A-1 |
| EAST LINCOLN AVE. CO. | A-1 |
| DANBURY WALLKILL CO. | A-1 |
| LAND PROPERTIES CO. | A-1 |
| WESTCHESTER PROPERTIES CO. | A-1 |
| CENTRAL LAND CO. | A-1 |
| ORANGE SULLIVAN SUSSEX CO. | A-1 |
| SCHWAB ADAMS CO. | A-1 |

JPML FORM 3

p. __7__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _290_ -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| SEATTLE WALL CO. | A-1 |
| FAIRLAWN CO. | A-1 |
| WEST HUDSON CO. | A-1 |
| LOCKWOOD DR. CO. | A-1 |
| FOREST VILLAGE CO. | A-1 |
| COVENTRY PARK CO. | A-1 |
| SPRINGFIELD BOULEVARD CO. | A-1 |
| 77-108 CO. | A-1 |
| 75 AND 160 PROSPECT ST. CO. | A-1 |
| PLUMER ASSOC. VENTURE | A-1 |
| PLUMER HAMPSHIRE TOWERS VENTURE | A-1 |

p. _3_

| | |
|---|---|
| SPANBOCK LOUDUN CO. VENTURE | A-1 |
| CARL AVNER | A-1 |
| JOEL BUCHMAN | A-1 |
| ARNOLD S. COE | A-1 |
| JOESPH J. CRISA | A-1 |
| JACOB S. EISENBERG | A-1 |
| DAVID GOODMAN | A-1 |
| MAX GORDON | A-1 |
| AARON GOTTESMAN | A-1 |
| GERALD B. GREENWALD | A-1 |
| WALLACE KANDELL | A-1 |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| LESTER KOCH | |
| J. HERBERT LEDER | |
| MARTIN MARGOLIN | |
| ROBERT MORRIS | |
| CELIA PERS | |
| ARTHUR ROLFE | |
| MAURICE SPANBOCK | |
| STEVEN J. TOEPFER | |
| CHARLES VITE | |
| KERMIT AXEL | |
| VICTOR BAROUH | |

p. __*10*__

| | |
|---|---|
| MERVYN BLANK | |
| EDWARD J. BLUMBERG | |
| WILLIAM H. CANNON | |
| THOMAS ELMEZZI | |
| JULES EPSTEIN | |
| MICHAEL ETTENSON | |
| BENJAMIN SELMAN | |
| HELEN WILK | |
| LOUIS WOLLOWITZ | |
| JACOB SCHNEIDER | |
| LENORE RUDOY | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| THOMAS P. NEWSON | A-1 |
| PATRICIA H. NEWSON | A-1 |
| HAROLD WOLFSON | A-1 |
| AARON PEREL | A-1 |
| SIDNEY SEIDENBERG | A-1 |
| AILEEN MURSTEIN | A-1 |
| ADOLPH ZELLER | A-1 |
| R. DAVID SUDARSKY | A-1 |
| RONALD S. MANKOWSKI | A-1 |
| JOSEPH TANENBAUM | A-1 |
| SOPHIE ZALDIN | A-1 |

| | |
|---|---|
| CLIFFORD G. VERNICK | A-1 |
| PAUL E. UROW | A-1 |
| MARTIN C. USHKOW | A-1 |
| JESSE MALVIN | A-1 |
| HARRIET ZALDIN | A-1 |
| MORRIS SPRINGER | A-1 |
| MORRIS ZUCKERMAN | A-1 |
| NORMAN EMBER | A-1 |
| JEROME WARSHAW | A-1 |
| ABRAHAM GOLDBERG | A-1 |
| JOHN ROSENTHAL | A-1 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290  -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| BYRON SMITH | |
| HEREB KATZIN | |
| SINCLAIR WOLF | |
| JOSEPH TULCIN | |
| EASTATE OF CHARLES A. BERNS | |
| ESTATE OF MAXWELL A. KREINDLER | |
| ELI BLOOM | |
| JESS WARD | |
| STEPHEN SOLOMON | |
| HARRY EPSTEIN | |
| WALTER SEID | |

p. 14

| DALE WASSERMAN | |
| GERALD TUNICK | |
| DWK ASSOC. #20 | |
| H. JEROME BERNS | |
| ISRAEL KATZ | |
| SEPTHEN KATZ | |
| H. PETER KRIENDLER | |
| I. ROBERT KRIENDLER | |
| BARBARA LONDIN | |
| CONNIE NAITOVE | |
| REGINALD ROSE | |

JPML FORM 3

p. 15

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| DAVID SHAW | |
| SHELDON TANNEN | |
| ARNOLD KAPLAN | |
| JACK KLATELL | |
| PHILIP TONKEN | |
| JEROME J. LONDIN | |
| HERBERT JAFFEE | |
| ULU GROSBARD | |
| ZERO MOSTEL | |
| JOHN DOE 1-8  Robert T. M. Rose | |
| JANE DOE 1-8  Kelly & Morey | |

| | |
|---|---|
| ~~DOE CORP. 1-8~~<br>GEORGE BRILL | |
| THE CHASE MANHATTAN BANK, N.A. | |
| BARCLAYS BANK OF NEW YORK | |
| CHEMICAL BANK AS SUCCESSOR TO SECURITY NATIONAL BANK | |
| THE FIRST NATIONAL BANK OF CHICAGO | A-6 |
| CITIBANK, N.A. | |
| FEDERAL DEPOSIT INSURANCE CORP. AS SUCCESSOR TO FRANKLIN NATIONAL BANK | A-8 |
| M&T BANK AS SUCCESSOR TO HAMBROS BANK LTD. | |
| ISRAEL DISCOUNT BANK, LTD. | |
| NATIONAL BANK OF NORTH AMERICA | |
| THE RIGGS NATIONAL BANK OF WASHINGTON | A-7 |

JPML FORM 3

p. ___ 17

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 290 -- IN RE INVESTORS FUNDING CORP. OF NEW YORK SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| STERLING NATIONAL BANK & TRUST CO.OF N.Y. | |
| THE TRUST CO. OF N.J. | |
| UNION BANK | |
| VIRGINIA NATIONAL BANK | A- 8 |
| JOHN MADDIE, AS  TRUSTEE | |
| MICHAEL PATCHAN, AS TRUSTEE | |
| PATRICK FUCILLO, AS TRUSTEE | |
| AETNA BUSINESS CREDIT, INC. | |
| BANKERS LIFE & CASUALTY CO. | |
| C. I. MORTGAGE GROUP | |
| C.I. PLANNING CORP. | |

p. 1*5*

| | |
|---|---|
| FIRST NATIONAL BANK OF AKRON | A-5 |
| LE HARVE CORP. | |
| SAMSON, INC. | |
| MARTHA SUTTON | |
| HUDSON TERRACE ASSOC. | |
| DOVENMUEHLE INC. | |
| FIRST NATIONAL BANK OF AKRON | A-5 |
| FIRST NATIONAL BANK OF CHICAGO | A-6 |
| RIGGS BANK OF WASHINGTON D. C. | A-7 |
| VIRGINIA NATIONAL BANK | A-8 |
| *Krause + McDowell Co., L.A.* | |